GENERAL FUND

FOR THE SOUTHERN DISTRICT OF
ALABAMA FOR THE RESPECTIVE PAYEES AND FOR THE AMOUNT AS SHOWN HEREIN:
COVERING THE PERIOD 11/19/2015

| CASE NO. | | DEBTOR | PAYEE | ADDRESS | CHECK NO. | | AMOUNT |
|---|---|---|---|---|---|---|---|
| 10-05406 | #626 | ROBERT STALLWORTH, JR. GERLINDA STALLWORTH | CASH WELL | 6 CAMDEN BYPASS CAMDEN, AL 36726 | 40312 | $ | 110.89 |
| 10-04935 | #625 | WAYNE MCDONALD CAROL MCDONALD | CITIFINANCIAL | P.O. BOX 70923 CHARLOTTE, NC 28272 | 40440 | $ | 120.32 |
| 10-04935 | #625 | WAYNE MCDONALD CAROL MCDONALD | CITIFINANCIAL | P.O. BOX 70923 CHARLOTTE, NC 28272 | 40440 | $ | 10.68 |
| 11-00235 | #625 | GEORGE A. HALL | CITIFINANCIAL | 799 S ALABAMA AVENUE MONROEVILLE, AL 36460 | 40444 | $ | 56.58 |
| 11-00235 | #625 | GEORGE A. HALL | CITIFINANCIAL | 799 S ALABAMA AVENUE MONROEVILLE, AL 36460 | 40444 | $ | 1.42 |
| 12-02283 | #626 | JENNIFER ELAINE HATCHER | PLS FINANCIAL BANKRUPTCY DEPARTMENT | 1020 N. MCLEAN BLVD. ELGIN, IL 60123 | 41985 | $ | 4.94 |
| 10-05245 | #626 | TONYA BOHANON MATTHEWS | ZENITH ACQUISITION CORP. | P.O. BOX 850 AMHERST, NY 14226 | 43212 | $ | 1.10 |
| 10-04660 | #632 | STEPHANIE BROOME BRASWELL | STEPHANIE BROOME BRASWELL | 110 SHILOH DRIVE DAPHNE, AL 36526 | 43251 | $ | 1.54 |
| 10-04860 | #632 | CRYSTAL DIANE BROWN | CRYSTAL DIANE BROWN | 112 BEL AIR CIRCLE DAPHNE, AL 36526 | 43252 | $ | 14.17 |
| 15-01629 | #634 | CATHERINE JOY CASTANEDA | CATHERINE JOY CASTANEDA | 1231 SMOKERISE DRIVE MOBILE, AL 36695 | 43265 | $ | 269.85 |
| 10-04480 | #632 | DONNIE P. CASTLEBERRY, II | DONNIE P. CASTLEBERRY, II | 8051 COUNTY ROAD 11 FAIRHOPE, AL 36532 | 43266 | $ | 1.50 |
| 10-02731 | #632 | KENNETH CHASTEEN KATRINA CHASTEEN | KENNETH CHASTEEN KATRINA CHASTEEN | 3701 CEDAR BEND ROAD #53C MOBILE, AL 36608 | 43267 | $ | 154.88 |
| 10-04278 | #632 | ASHLEY GOOD | ASHLEY GOOD | 8339 EDGEWOOD DRIVE DAPHNE, AL 36526 | 43324 | $ | 0.56 |
| 10-05251 | #632 | RYAN HOWARD | RYAN HOWARD | 200 SOLOMON STREET BREWTON, AL 36426 | 43359 | $ | 13.78 |

GENERAL FUND

FOR THE SOUTHERN DISTRICT OF
ALABAMA FOR THE RESPECTIVE PAYEES AND FOR THE AMOUNT AS SHOWN HEREIN:
COVERING THE PERIOD 11/19/2015

| CASE NO. | | DEBTOR | PAYEE | ADDRESS | CHECK NO. | AMOUNT |
|---|---|---|---|---|---|---|
| 12-02568 | #632 | TRISTA M. JOHNSON | TRISTA M. JOHNSON | 172 FALL DRIVE SILAS, AL 36919 | 43372 | $ 1.79 |
| 12-03778 | #632 | TIFFANY D. KNIGHT | TIFFANY D. KNIGHT | P.O. BOX 1924 ROBERTSDALE, AL 36567 | 43385 | $ 66.64 |
| 12-03778 | #632 | TIFFANY D. KNIGHT | TIFFANY D. KNIGHT | P.O. BOX 1924 ROBERTSDALE, AL 36567 | 43386 | $ 7.20 |
| 15-02311 | #634 | LEO SHAWN LEE | LEO SHAWN LEE | 904 D'OLIVE STREET BAY MINETTE, AL 36507 | 43393 | $ 230.38 |
| 11-02118 | #632 | ALEXANDER LETT | ALEXANDER LETT | 676 EXCEL FRISCO HWY FRISCO CITY, AL 36445 | 43394 | $ 15.72 |
| 11-02118 | #632 | ALEXANDER LETT | ALEXANDER LETT | 676 EXCEL FRISCO HWY FRISCO CITY, AL 36445 | 43395 | $ 257.04 |
| 10-04776 | #632 | SHAKEITHA LETT | SHAKEITHA LETT | 1643 CODY ROAD NORTH MOBILE, AL 36618 | 43397 | $ 2.04 |
| 12-03427 | #632 | KELVIN G. LUCKY | KELVIN G. LUCKY | 7371 CHRISTINE CIRCLE SOUTH MOBILE, AL 36619 | 43404 | $ 248.43 |
| 09-15440 | #632 | ARCHIE MCCOY | ARCHIE MCCOY | 2012 STAPLES ROAD MOBILE, AL 36605 | 43421 | $ 1,985.71 |
| 10-01356 | #632 | DAVID ANTHONY MCLEAN | DAVID ANTHONY MCLEAN | 127 JAY CIRCLE JACKSON, AL 36545 | 43431 | $ 22.71 |
| 10-01356 | #632 | DAVID ANTHONY MCLEAN | DAVID ANTHONY MCLEAN | 127 JAY CIRCLE JACKSON, AL 36545 | 43432 | $ 17.21 |
| 10-04673 | #632 | JOHN WILEY MONK | JOHN WILEY MONK | 1029 MONK POND ROAD CASTLEBERRY, AL 36432 | 43438 | $ 67.51 |
| 10-04769 | #632 | ROBERT L. MOODY, III | ROBERT L. MOODY, III | 6075 GRELOT ROAD #87 MOBILE, AL 36609 | 43441 | $ 19.88 |
| 10-02423 | #632 | DONALD GARY SIMS | DONALD GARY SIMS | P.O. BOX 771 GRAND BAY, AL 36541 | 43494 | $ 0.62 |

GENERAL FUND

FOR THE SOUTHERN DISTRICT OF
ALABAMA FOR THE RESPECTIVE PAYEES AND FOR THE AMOUNT AS SHOWN HEREIN:
COVERING THE PERIOD 11/19/2015

| CASE NO. | | DEBTOR | PAYEE | ADDRESS | CHECK NO. | AMOUNT |
|---|---|---|---|---|---|---|
| 10-05103 | #632 | BENJAMIN F. SULLIVAN<br>GLENDA M. SULLIVAN | BENJAMIN F. SULLIVAN<br>GLENDA M. SULLIVAN | 11450 NORMANDY DRIVE<br>SEMMES, AL 36575 | 43515 | $ 1.11 |
| 10-04230 | #632 | ROSETTA UNDERWOOD | ROSETTA UNDERWOOD | 703 B MWENYE STREET<br>SELMA, AL 36701 | 43528 | $ 0.45 |
| 10-03982 | #632 | ALAN GENE VAUGHN, JR.<br>ANGELA HATCHER VAUGHN | ALAN GENE VAUGHN, JR.<br>ANGELA HATCHER VAUGHN | 11250 LON ROAD<br>AXIS, AL 36505 | 43530 | $ 0.69 |
| 10-04350 | #632 | SHARON ANNETTE WALKER | SHARON ANNETTE WALKER | 1516 MISSISSIPPI STREET<br>MOBILE, AL 36618 | 43534 | $ 0.06 |
| 15-01796 | #634 | VERONICA WHATLEY | VERONICA WHATLEY | 402 BIRCH AVENUE<br>SELMA, AL 36701 | 43540 | $ 150.00 |
| 10-05338 | #632 | KENNETH R. WILLIAMS | KENNETH R. WILLIMAS | 9461 OAK FORREST DRIVE<br>MOBILE, AL 36695 | 43548 | $ 1.63 |
| 10-00425 | #632 | COHN B. WILSON, JR.<br>DORLISA G. WILSON | COHN B. WILSON, JR.<br>DORLISA G. WILSON | 872 RANGE CEMETARY ROAD<br>REPTON, AL 36475 | 43554 | $ 1.81 |
| | | | | TOTAL | | $ 3,760.84 |